# EXHIBIT A



# LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | CAVALRY PORTFOLIO SERVICES, LLC | **File Number** | 00751626 |
| **Status** | ACTIVE | **On** | 06/24/2015 |
| **Entity Type** | LLC | **Type of LLC** | Foreign |
| **File Date** | 07/29/2002 | **Jurisdiction** | DE |
| **Agent Name** | C T CORPORATION SYSTEM | **Agent Change Date** | 07/29/2002 |
| **Agent Street Address** | 208 SO LASALLE ST, SUITE 814 | **Principal Office** | 4050 E COTTON CTR BLDG 2 STE20<br>PHOENIX, AZ 85040 |
| **Agent City** | CHICAGO | **Management Type** | MGR  View |
| **Agent Zip** | 60604 | **Duration** | PERPETUAL |
| **Annual Report Filing Date** | 06/24/2015 | **For Year** | 2015 |
| **Series Name** | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

Purchase Certificate of Good Standing

**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# EXHIBIT B

Case: 1:15-cv-07036 Document #: 1-1 Filed: 08/12/15 Page 3 of 10 PageID #:8

# EXHIBIT B

Case: 1:15-cv-07036 Document #: 1-1 Filed: 08/12/15 Page 3 of 10 PageID #:8



# Illinois
Department of Financial and Professional Regulation

**LICENSE LOOKUP**

Return to IDFPR (http://www.idfpr.com)

Lookup a License (/Lookup/LicenseLookup.aspx)

Lookup Help (http://www.idfpr.com/licenselookup/lookuphelp.asp)

Search for a License

Login (/Login.aspx)

Back to search results

## Credential Details

Illinois Department of Financial and Professional Regulation

### Contact

| Name | City/State/Zip | DBA/AKA |
|---|---|---|
| CAVALRY PORTFOLIO SERVICES LLC | PHOENIX, AZ 85040 | |

### Contact Information

### License

| License Number | Description | Status | First Effective Date | Effective Date | Expiration Date | Ever Disciplined |
|---|---|---|---|---|---|---|
| 017020762 | LICENSED COLLECTION AGENCY | ACTIVE | 08/24/2004 | 05/12/2015 | 05/31/2018 | N |

### License Information

### Other Licenses

| License Number | Description | Status | First Effective Date | Effective Date | Expiration Date | Ever Disciplined |
|---|---|---|---|---|---|---|
| 009000914 | LICENSED COLLECTION AGENCY BRANCH OFFICE | ACTIVE | 08/24/2004 | 05/12/2015 | 05/31/2018 | N |
| 009000912 | LICENSED COLLECTION AGENCY BRANCH OFFICE | ACTIVE | 08/24/2004 | 05/12/2015 | 05/31/2018 | N |
| 009000913 | LICENSED COLLECTION AGENCY BRANCH OFFICE | ACTIVE | 08/24/2004 | 05/12/2015 | 05/31/2018 | N |

### Other Licenses

8/10/2015 12:51:24 PM

Printable View

Financial & Professional Regulation (http://www.idfpr.com/default.asp)

State of Illinois (http://www.illinois.gov/) | Illinois Privacy Information (http://wwwb.illinois.gov/privacy.cfm) | Privacy Statement (http://www.idfpr.com/privacystatement.asp) | Accessibility (http://www.illinois.gov/iwas/) | Contact IDFPR (http://www.idfpr.com/contact.asp)

# EXHIBIT C

June 23, 2015

Cavalry Portfolio Services, LLC
PO Box 520
Valhalla, NY 10596

**Re: Account #1834**** (HSBC BANK NEVADA (Banking))**

Dear Sir or Madam:

I am writing to you regarding the account referenced above. I refuse to pay this debt because my monthly expenses and income do not allow for payment, and the amount you are reporting is not accurate either.


Thank you,

Victoria Infante

# EXHIBIT D



Credit Report Prepared For:
**VICTORIA INFANTE**
Report as Of: 8/7/2015

**CAVALRY PORTFOLIO SERV**  ⋮⋮⋮ Experian

 Unknown

8005010909
PO BOX 27288
TEMPE, AZ 85285

| | |
|---|---|
| Account Name | CAVALRY PORTFOLIO SERV |
| Account # | 1834XXXX |
| Account Type | Other Collection Agencies |
| Balance | $605.00 |
| Past Due | $605.00 |
| Date Opened | 2/1/2013 |
| Account Status | |
| Mo. Payment | $0.00 |
| Payment Status | Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department |
| High Balance | $0.00 |
| Limit | $0.00 |
| Terms | 1 Month |
| Comments | |

### 24/Mo Payment History

| Month | 2013 | | | | | 2014 | | | | | | | | | | | | 2015 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
| Experian | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |